

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-7-2004

# Quintieri v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-1855

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Quintieri v. Atty Gen USA" (2004). *2004 Decisions.* Paper 522.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/522

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-1855
_____

ERNESTO QUINTIERI,

Petitioner

v.

JOHN ASHCROFT, ATTORNEY GENERAL
OF THE UNITED STATES,

Respondent

_____

On Petition for Review of an Order of the
Board of Immigration Appeals
(No. A43-128-058)

_____

ARGUED: JUNE 21, 2004

Before: NYGAARD, McKEE, and CHERTOFF, Circuit Judges.

(Filed: July 7, 2004)

David E. Oltarsh, Esq. (Argued)
Oltarsh & Associates
1375 Broadway, Suite 2102
New York, NY 10018
      Counsel for Petitioner

Emily A. Radford, Esq.
Papu Sandhu, Esq.
Lyle D. Jentzer, Esq.
Aviva L. Poczter, Esq. (Argued)
United States Department of Justice
Office of Immigration Litigation
Ben Franklin Station
P.O. Box 878
Washington, DC 20044
      Counsel for Respondent

_____

OPINION OF THE COURT

_____

NYGAARD, Circuit Judge.

      We will affirm based on *Drakes v. Zimski,* 240 F.3d 246 (3d Cir. 2001).

_____